UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS DUANE HENDON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT BURTON,<br><br>　　　　　Respondent. | Case No. 23-cv-02775-HSG<br><br>**JUDGMENT** |

The Court has DISMISSED this petition as second or successive within the meaning of 28 U.S.C. § 2244(b)(2), and DENIED a certificate of appealability. The Clerk shall enter judgment in favor of Respondent and against Petitioner, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:　 11/9/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge